# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MARTIN, *et al.*, | Case No. 2:23-cv-01865-GMN-NJK |
|     Plaintiffs, | **Order** |
| v. | |
| CAESARS ENTERTAINMENT, INC., | |
|     Defendant. | |

This case was initiated in this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiffs' certificate of interested parties fails to identify the citizenship attributed to any Plaintiff. *See* Docket No. 3.

Accordingly, Plaintiffs must file an amended certificate of interested parties by November 22, 2023, fully identifying the citizenship attributed to them.

IT IS SO ORDERED.

Dated: November 15, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.