1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

14

**DISTRICT OF NEVADA**

15
16

JAMES MARTIN and PATRICE M. PERRIER, individually and on behalf of all other similarly situated,

Case No. 2:23-cv-01865-GMN-NJK

17

Plaintiffs,

18

v.

19

CAESARS ENTERTAIMENT, INC.,

20

Defendants.

**ORDER CONTINUING TIME FOR DEFENDANT CAESARS ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

21
22

Defendant Caesars Entertainment, Inc. ("Caesars") and Plaintiffs James Martin and Patrice

23

M. Perrier ("Plaintiffs") (collectively "Parties"), by and through their undersigned counsel, hereby

24

stipulate and agree as follows and jointly request that the Court enter an Order approving this

25

Stipulation;

26

**WHEREAS**, on November 13, 2023, Plaintiff filed a class action complaint (ECF No. 1);

27

**WHEREAS**, on November 21, 2023, Caesars was served with the Complaint and

28

Summons (ECF No. 10);

1      **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, the deadline for Caesars to

2    answer or otherwise respond to the Complaint was December 12, 2023 (ECF No. 10);

3      **WHEREAS**, 15 additional actions arising from the same subject matter as Plaintiffs'

4    complaint are currently pending in this District;

5      **WHEREAS**, the first five of these actions filed in this District have been consolidated,

6    with the lead case being *Rodriguez v. Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-

7    BNW (Sept. 15, 2023), and the consolidated action being renamed *In re Data Breach Security*

8    *Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (ECF No. 21)

9    ("Consolidated Action");

10     **WHEREAS**, the consolidated Action is currently pending before the Honorable Judge

11    Anne R. Traum;

12     **WHEREAS,** on November 3, 2023, Caesars filed an Unopposed Motion to Consolidate

13    Later-Filed Cases into the Consolidated Action, which included six additional related complaints

14    that had been filed as of that date;

15     **WHEREAS,** on November 16, 2023, Plaintiff in the action *Katz v. Caesars*

16    *Entertainment, Inc.*, No. 2:23-cv-01836-GMN-NJK filed a Motion to Consolidate the *Katz* case

17    into the Consolidated Action;

18     **WHEREAS,** on December 8, 2023, Caesars filed a Notice of Non-Opposition to all

19    pending Motions to Consolidate, which requested that Judge Traum consolidate all pending cases

20    against Caesars into the Consolidated Action, and further order that any subsequently filed or

21    transferred actions be automatically consolidated into the Consolidated Action absent objection

22    by the parties;

23     **WHEREAS,** Caesars anticipates that the *Martin* action will be consolidated with the

24    Consolidated Action, and proceed on a coordinated schedule for pre-trial proceedings;

25     **WHEREAS**, the parties in the Consolidated Action have agreed to stay Caesars' deadline

26    to answer or otherwise respond to the complaints pending the filing of a Consolidated Complaint;

27     **WHEREAS**, to avoid unnecessary expenditure of resources and effort responding to

28    Plaintiffs' individual complaint where all Parties are agreed that the complaint should first be

consolidated into the Consolidated Action, and where the Motion to Consolidate Later-Filed Cases is currently pending before the court in the Consolidated Action, the Parties have agreed to extend the time for Caesars to respond to the Complaints until forty-five (45) days following the service of a consolidated complaint, as requested in the Motion to Consolidate Later-Filed Cases, or, if the Court denies the Motion to Consolidate, forty-five (45) days after the Court issues such decision. There is good cause to grant this request, which is not made for the purposes of delay.

It is therefore **STIPULATED** and **AGREED** that:

1. Defendant shall file and serve any answer or other response within forty-five (45) days of the filing of a consolidated complaint, if the pending Motion to Consolidate Later-Filed Cases is granted.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2.      If the Motion to Consolidate Later-Filed Cases is not granted, Defendant shall file and serve any answer or other response to Plaintiffs' complaint within forty-five (45) days of the Court's decision.

Dated:  December 13, 2023.

KEMP JONES, LLP

By: /s/ Don Springmeyer
Don Springmeyer (NBN 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
d.springmeyer@kempjones.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
Douglas J. McNamara (PHV forthcoming)
Brian E. Johnson (PHV forthcoming)
1100 New York Ave, 5th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

HAUSFELD LLP
James J. Pizzirusso (PHV forthcoming)
Amanda V. Boltax (PHV forthcoming)
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Tel: (202) 542-7200
jpizzirusso@hausfeld.com
mboltax@hausfeld.com

Steven M. Nathan (PHV forthcoming)
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

*Counsel for Plaintiffs James Martin and Patrice Perrier*

MCDONALD CARANO LLP

By: /s/ Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000

LATHAM & WATKINS LLP
Serrin Turner (pro hac vice to be filed)
serrin.turner@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834
Telephone: +1.212.906.1200

*Attorneys for Defendant Caesars Entertainment, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _December 14, 2023_

4